UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                          Case No.:  ___18-11268/JNP___

Robert M. Peter                                 Chapter:   _____7_____

                                                Judge:     _____JNP_____

---

## NOTICE OF PROPOSED ABANDONMENT

___JOSEPH D. MARCHAND___, _____TRUSTEE_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clerk of the United States Bankruptcy Court<br>U.S. Post Office & Court House<br>PO Box 2067, 401 Market Street<br>Camden, NJ  08101-2067 |

If an objection is filed, a hearing will be held before the Honorable _____Jerrold N. Poslusny, Jr._____ on _____April 3, 2018_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___4C___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | Real Property:<br>115 Academy Avenue<br>Woodbury Heights, NJ<br>FMV - $150,000.00 |

| | |
|---|---|
| Liens on property: | PNC - $9,581.00<br>PNC - $116,210.00 |

| | |
|---|---|
| Amount of equity claimed as exempt: | $23,675.00 |

Objections must be served on, and requests for additional information directed to:

Name:          /s/ Joseph D. Marchand, Chapter 7 Trustee

Address:       117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302

Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-11268-JNP
Robert M. Peter                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Mar 08, 2018
                             Form ID: pdf905           Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2018.
db           +Robert M. Peter,    115 Academy Avenue,    Woodbury Heights, NJ 08097-1410
517289755    +Bank of America,    P.O. Box 15019,    Wilmington, Delaware 19850-5019
517289756    +Borgata Hotel & Casino,    1 Borgata Way,    Atlantic City, New Jersey 08401-1900
517289757     Capital One,    P.O. Box 60511,    Ind, California 15234
517289758    +Chase,   P.O. Box 1423,    Charlotte, North Carolina 28201-1423
517289759    +CitiCards,    P. O. Box 9001037,    Louisville, Kentucky 40290-1037
517289761    +Deborah M. Peter,    115 Academy Avenue,    Woodbury Heights, New Jersey 08097-1410
517289762    +PNC Bank,    P.O. Box 3180,    Pittsburgh, Pennsylvania 15230-3180
517289763    +PNC Bank,    P.O. Box 1366,    Pittsburgh, Pennsylvania 15230-1366
517289764    +PNC Bank,    P.O. Box 856177,    Louisville, Kentucky 40285-6177
517289765    +PNC Mortgage,    P. O Box 1820,    Dayton, Ohio 45401-1820
517289766    +Synchrony Bank for JC Penney,    7525 W. Campus Road,    New Albany, Ohio 43054-1121
517289768    +US Postal Service Thrift Savings Plan,    P.O. Box 385021,    Birmingham, Alabama 35238-5021
517289767    +Union Plus Credit Card,    P.O. Box 30255,    Salt Lake City, Utah 84130-0255

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 08 2018 21:18:13     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 08 2018 21:18:13     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517301280    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 08 2018 21:20:05
               Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
               4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517292500    +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2018 21:19:54     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                        TOTAL: 4


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517289760*   +CitiCards,    P.O. Box 9001037,    Louisville, Kentucky 40290-1037
                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                    Signature:  /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2018 at the address(es) listed below:
          Joseph  Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Rebecca Ann Solarz   on behalf of Creditor   PNC Mortgage, a Division of PNC Bank, National
           Association rsolarz@kmllawgroup.com
          Roger C. Mattson    on behalf of Debtor Robert M. Peter rogermattson1@yahoo.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                       TOTAL: 4